**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANK THOMAS, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-cv-1937 |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| REEBOK INTERNATIONAL LTD., ) | |
| a Massachusetts corporation, ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

**DEFENDANT REEBOK INTERNATIONAL LTD.'S DISCLOSURE STATEMENT**

Defendant Reebok International Limited, by and through its undersigned counsel, submits the following information in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

1. Reebok International Ltd.'s parent corporation is adidas AG.

2. Reebok International Ltd. is owned by adidas North America, Inc., a Delaware Corporation, which is owned by adidas AG, a German publicly traded company.

3. No publicly held corporation other than adidas AG owns more than 5% of the stock of Reebok International Ltd.

Dated: April 9, 2014

                                              Respectfully submitted,
                                              REEBOK INTERNATIONAL LTD.,

                                              /s/ James T. Hultquist_____
                                              James T. Hultquist
                                              Joshua W. Newman
                                              REED SMITH LLP
                                              10 South Wacker Drive, 40th Floor
                                              Chicago, Illinois 60606
                                              Telephone: (312) 207-1000

                                              Attorneys for Defendant, Reebok
                                              International Ltd.

**CERTIFICATE OF SERVICE**

      I, James T. Hultquist, certify that on April 9, 2014, I caused to be served **DEFENDANT REEBOK INTERNATIONAL LTD.'S DISCLOSURE STATEMENT**, upon the following persons through the District Court's ECF/CM electronic filing system:

    Steven J. Thompson (IL Bar No. 61 96230/Federal Trial Bar Member)
    Alexandros Stamatoglou (IL Bar No. 6308169)
    UNGARETTI & HARRIS, LLP
    3500 Three First National Plaza
    Chicago, Illinois 60602
    (312) 977-4400
    (312) 977-4405 - facsimile

    Ralph C. Loeb (Pro Hac Vice Appearance Pending)
    Jeremy D. Smith (Pro Hac Vice Appearance Pending)
    KRANE & SMITH, APC
    16255 Ventura Boulevard, Suite 600
    Encino, California 9 1436-2302
    (818) 382-4000
    (818) 382-4001 -- facsimile

                                        /s/ James T. Hultquist_____
                                        James T. Hultquist, Esq.
                                        Joshua W. Newman, Esq.
                                        10 South Wacker Drive
                                        Chicago, IL 60606
                                        Telephone: (312) 207-1000
                                        Facsimile: (312) 207-6400