IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK THOMAS, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 14-cv-1937 |
| ) | |
| REEBOK INTERNATIONAL LTD., a ) | Judge: Matthew J. Kennelly |
| Massachusetts corporation, ) | |
| ) | Magistrate: Jeffrey Cole |
| Defendant. ) | |
| ) | |
| ) | |

**NOTICE OF ORDER SETTING INITIAL SCHEDULING CONFERENCE**

This order is being entered shortly after the filing of the complaint in this action. Counsel for plaintiff are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that process has been or is being served on each defendant.

The Court will hold a scheduling conference, as that term is used in Fed. R. Civ. P. 16(b), at 9:00 a.m. on May 27, 2014. The conference will be held in chambers (Room 2188). Counsel for plaintiff and for each defendant that has been served with process or has appeared (or both) are ordered to meet at least 14 days before the conference date to comply with the provisions of Fed. R. Civ. P. 26(f).

The parties need not submit a written report outlining their proposed discovery plan. Instead, the parties should attend the conference prepared to discuss their proposed discovery

plan and the other subjects that may be appropriate for inclusion in the scheduling order under Rule 16(b). The parties should also be prepared to discuss the following:

a. the status of service of process;

b. the general nature of the case and the anticipated contested issues;

c. the nature of any responsive pleadings or motions that have been filed or are anticipated;

d. the amount in controversy, elements of damages, and whether there is insurance coverage;

e. the nature, scope, and scheduling of discovery, including a discovery cut-off date; and

f. the possibility of settlement.

At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference, defendant is to respond in writing to the plaintiff's settlement demand.

The provisions of Fed. R. Civ. P. 26(a)(1) will apply to this case, absent a showing that the disclosures required by that Rule are not appropriate in the circumstances of the case. Any party that objects to the application of Rule 26(a)(1) must file and serve a written objection at least 7 days before the scheduling conference. The Court will rule on any such objection at the conference.

The court expects all defendants who have been served or who have waived service to participate in this process regardless of whether they have yet filed a responsive pleading. If any party is unrepresented by counsel, that party must comply with this order personally.

4849-8309-8394.1

Dated: May 1, 2014  Respectfully submitted,

/s/ Steven J. Thompson
One of the Attorneys for FRANK THOMAS,
an individual.


Steven J. Thompson (IL Bar No. 6196230/Federal Trial Bar Member)
Alexandros Stamatoglou (IL Bar No. 6308169)
UNGARETTI & HARRIS, LLP
3500 Three First National Plaza
Chicago, Illinois  60602
(312) 977-4400
(312) 977-4405 – facsimile

Ralph C. Loeb (Pro Hac Vice Appearance Pending)
Jeremy D. Smith (Pro Hac Vice Appearance Pending)
KRANE & SMITH, APC
16255 Ventura Boulevard, Suite 600
Encino, California 91436-2302
(818) 382-4000
(818) 382-4001 -- facsimile

4849-8309-8394.1

## **CERTIFICATE OF SERVICE**

    I certify that on May 1, 2014, I caused the foregoing Order Setting Initial Scheduling Conference to be served by e-mail on the following counsel of record:

>James T. Hultquist
>Joshua W. Newman
>Reed Smith, LLP
>10 South Wacker Drive
>Chicago, IL 60606-7507
>jhultquist@reedsmith.com
>jnewman@reedsmith.com

By:/s/ Steven J. Thompson

4849-8309-8394.1