IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK THOMAS, an individual | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 14-cv-1937 |
| v. | ) | |
| | ) | Honorable Matthew F. Kennelly |
| REEBOK INTERNATIONAL LTD., | ) | |
| a Massachusetts corporation, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on Thursday, July 31, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Frank Thomas and Defendant Reebok International Ltd., will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room 2103 of the Dirksen Federal Building, and shall then and there present the Agreed Motion for Entry of Stipulated Protective Order, which was filed on July 23, 2014.

Dated: July 23, 2014                                    Respectfully submitted,


Plaintiff, Frank Thomas

s/ Ralph C. Loeb
Ralph C. Loeb (Pro Hac Vice)
Jeremy D. Smith (Pro Hac Vice)
KRANE & SMITH, APC
16255 Ventura Boulevard, Suite 600
Encino, California 91436-2302
(818) 382-4000
(818) 382-4001 – facsimile

Steven J. Thompson
Alexandros Stamatoglou
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400
(312) 977-4405 – facsimile

Defendant, Reebok International Ltd.

s/ James T. Hultquist
James T. Hultquist, Esq.
Joshua W. Newman, Esq.
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000
(312) 207-6400 - facsimile

**CERTIFICATE OF SERVICE**

     I, Joshua W. Newman, certify that on July 23, 2014, I caused the foregoing to be served upon the following persons through the District Court's ECF/CM electronic filing system:

Steven J. Thompson (IL Bar No. 61 96230/Federal Trial Bar Member)
Alexandros Stamatoglou (IL Bar No. 6308169)
UNGARETTI & HARRIS, LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400
(312) 977-4405 - facsimile

Ralph C. Loeb (Pro Hac Vice)
Jeremy D. Smith (Pro Hac Vice)
KRANE & SMITH, APC
16255 Ventura Boulevard, Suite 600
Encino, California 9 1436-2302
(818) 382-4000
(818) 382-4001 -- facsimile

                                                       s/ Joshua W. Newman
                                                       James T. Hultquist, Esq.
                                                       Joshua W. Newman, Esq.
                                                       REED SMITH LLP
                                                       10 South Wacker Drive
                                                       Chicago, IL 60606-7507
                                                       (312) 207-1000
                                                       (312) 207-6400 - facsimile