**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANK THOMAS, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-cv-1937 |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| REEBOK INTERNATIONAL LTD., ) | |
| a Massachusetts corporation, ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

**<u>STIPULATION TO EXTEND CLOSE OF FACT AND EXPERT DISCOVERY PERIODS</u>**

Plaintiff Frank Thomas ("Thomas"), and Defendant Reebok International Ltd. ("Reebok"), by their respective counsel, hereby stipulate and agree to the following extension of time, subject to the Court's approval:

1. At the Case Management Conference on May 27, 2014, the Court entered a Case Management Order requiring that all fact discovery be completed by November 17, 2014.

2. Since that time, the parties have exchanged written discovery and participated in multiple meet-and-confer conferences to independently resolve discovery disputes. Additionally, Plaintiff has taken the depositions of four Reebok witnesses. However, due to Thomas's engagement as a television commentator for Major League Baseball's playoff games, which potentially run through October 29, 2014, the parties have had difficulty scheduling Thomas's deposition.

3. Nevertheless, in an effort to resolve this matter, the parties have agreed to privately mediate the case the week of November 20, 2014.

- 2 -

4. In the event that the parties are unable to resolve this matter at mediation, the parties have agreed to proceed with Thomas's deposition on December 9, 2014. The parties also expect to proceed with the remaining third-party depositions shortly thereafter.

5. In light of the above, the parties hereby stipulate, subject to the Court's approval, to the following ninety (90) day extension of the fact and expert discovery schedules:

    a. All fact discovery shall be completed on or before **February 16, 2015**.

    b. Rule 26(a)(2) disclosures shall be made on or before **March 6, 2015**.

    c. Rebuttal disclosures shall be made on or before **April 10, 2015**.

    d. All expert discovery shall be completed on or before **May 1, 2015**.

6. There have been no previous extensions of the discovery period. This stipulation is made in good faith and not for the purpose of delay. Neither party with suffer any harm or prejudice upon the approval of this stipulation.

- 3 -

Dated: October 13, 2014                                         Respectfully submitted,


REEBOK INTERNATIONAL, LTD.                    FRANK THOMAS

By: /s/ James T. Hultquist                                    By: /s/ Ralph C. Loeb
    James T. Hultquist                                        Ralph C. Loeb
    Joshua W. Newman                                     Jeremy D. Smith
    REED SMITH LLP                                             KRANE & SMITH APC
    10 South Wacker Drive, 40th Floor                16255 Ventura Boulevard, Suite 600
    Chicago, IL 60606                                            Encino, CA 91436-2302
    Tel: (312) 207-1000                                          Tel: (818) 382-4000
    Fax: (312) 207-6400                                         Fax: (818) 382-4001

*Counsel for Defendant Reebok International Ltd.*     Steven J. Thompson
    Alexandros Stamatoglou
    UNGARETTI & HARRIS LLP
    3500 Three First National Plaza
    Chicago, Illinois 60602
    (312) 977-4400
    (312) 977-4405 – facsimile

*Counsel for Plaintiff Frank Thomas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Steven J. Thompson (IL Bar No. 61 96230/Federal Trial Bar Member)
    Alexandros Stamatoglou (IL Bar No. 6308169)
    UNGARETTI & HARRIS LLP
    3500 Three First National Plaza
    Chicago, Illinois 60602
    (312) 977-4400
    (312) 977-4405 - facsimile

    Ralph C. Loeb (Pro Hac Vice Appearance Pending)
    Jeremy D. Smith (Pro Hac Vice Appearance Pending)
    KRANE & SMITH, APC
    16255 Ventura Boulevard, Suite 600
    Encino, California 9 1436-2302
    (818) 382-4000
    (818) 382-4001 -- facsimile

    /s/ Joshua W. Newman
    James T. Hultquist
    Joshua W. Newman
    REED SMITH LLP
    10 South Wacker Drive, 40th Floor
    Chicago, IL 60606-7507
    Tel:  (312) 207-1000
    Fax:  (312) 207-6400
    jhultquist@reedsmith.com

    *Attorneys for Defendant Reebok International Ltd.*